UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL RUBIN, On Behalf of Themselves and All Other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SEACUBE CONTAINER LEASING LTD., JOSEPH P. ADAMS, JR., JONATHAN G. ATKESON, JOSEPH S. KWOK, PAUL R. GOODWIN, DOUGLAS A. HACKER, DONALD P. HAMM, and MARTIN TUCHMAN, <br><br> Defendants. | C.A. No. 2-13-cv-00874-KM-MAH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties that have entered an appearance in this action, through the undersigned counsel, acknowledge that this action has been amicably settled and hereby stipulate and agree that this action be hereby dismissed in its entirety with prejudice. All rights of appeal are hereby waived. Each party shall bear his or its own attorneys' fees and costs.

|  |  |
|---|---|
|  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| OF COUNSEL:<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Robert S. Saunders<br>Joseph O. Larkin<br>One Rodney Square<br>P.O. Box. 636<br>Wilmington, Delaware 19899-0636<br>Tel.: (302) 651-3000<br>Fax: (302) 651-3001 | By: /s/ Andrew Muscato<br>Andrew Muscato<br>Four Times Square<br>New York, New York 10036<br>Tel.: (212) 735-3000<br>Fax: (212) 735-2000<br>(andrew.muscato@skadden.com)<br><br>*Attorneys for Defendants SeaCube Container Leasing Ltd., Joseph P. Adams, Jr., Jonathan G. Atkeson, Joseph S. Kwok, Paul R. Goodwin, Douglas A. Hacker, Donald P. Hamm, Martin Tuchman* |
|  | THE ROTHENBERG LAW FIRM LLP |
| OF COUNSEL:<br><br>Richard A. Acocelli<br>Michael A. Rogovin<br>WEISSLAW LLP<br>1500 Broadway, 16th Floor<br>New York, New York 10036<br>Tel.: (212) 682-3025<br>Fax: (212) 682-3010 | By: /s/ Daniel Breen<br>Daniel Breen, Esq.<br>Tarragon Executive Offices<br>811 Church Road, Suite 222<br>Cherry Hill, NJ 08002<br>Tel.: (856) 665-7400<br>Fax: (856) 665-4464<br><br>*Attorneys for Plaintiff Michael Rubin* |

Dated: February 25, 2014

SO ORDERED, this 27th day of February, 2014.

_____
Honorable Kevin McNulty
UNITED STATES DISTRICT JUDGE

2